USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/07/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
           :

UNITED STATES OF AMERICA         :
           :
    -against-          :       21-CR-603 (VEC)
           :
           :       ORDER
           :
TERRENCE WILLIAMS, et al.,     :
         Defendants.   :
           :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 7, 2021, the Indictment in this matter was unsealed; and

WHEREAS the Court has referred the presentments and arraignments of each Defendant to Magistrate Judge Court;

IT IS HEREBY ORDERED that the initial status conferences in this matter will be held after October 25, 2021.  Due to COVID-19 restrictions, the Court is limited to holding conferences with three Defendants at a time.  By no later than **Friday, October 15, 2021**, the Government must propose seven groupings of Defendants (five groups of three and two groups of two).  The Court will then schedule the status conferences.  The status conferences will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: **October 7, 2021**
   New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**