USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
            :
UNITED STATES OF AMERICA   :
            :
      -against-   :   21-CR-603 (VEC)
            :
            :   ORDER
TERRENCE WILLIAMS, et al.,   :
           Defendants.   :
            :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 7, 2021, the Indictment in this matter was unsealed;

      WHEREAS the Court has referred the presentments and arraignments of each Defendant to Magistrate Judge Court;

      WHEREAS on October 7, 2021, the Court ordered the Government to propose groupings of Defendants for the initial status conferences, Dkt. 23; and

      WHEREAS on October 15, 2021, the Government proposed such groupings, Dkt. 48;

      IT IS HEREBY ORDERED that the initial status conferences in this matter are scheduled as follows:

1. Defendants Shannon Brown, Anthony Wroten, and Alan Anderson must appear on Tuesday, October 26, 2021 at 10:00 A.M.

2. Defendants Charles Watson Jr., Ronald Glen Davis, and Melvin Ely must appear on Tuesday, October 26, 2021 at 3:30 P.M.

3. Defendants Christopher Douglas-Roberts and Gregory Smith must appear on Wednesday, October 27, 2021 at 10:00 A.M.

4. Defendants Anthony Allen, Desiree Allen, and William Bynum must appear on Wednesday, October 27, 2021 at 2:00 P.M.

5. Defendants Ruben Patterson, Sebastian Telfair, and Darius Miles must appear on Thursday, October 28, 2021 at 10:00 A.M.

6. Defendants Eddie Robinson and Terrence Williams must appear on Thursday, October 28, 2021 at 11:00 A.M.

7. Defendants Jamario Moon, Milton Palacio, and Antoine Wright must appear on Monday, November 1, 2021 at 11:30 A.M.

IT IS FURTHER ORDERED that the status conferences will be held in person, in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that because not all Defendants have Defense counsel listed on the docket, the Government must serve a copy of this Order on all Defense counsel and directly on those Defendants who have yet to retain counsel and who do not qualify for a CJA appointment. The Government must file proof of such service on the docket by no later than **Thursday, October 21, 2021**. Retained Defense counsel must file notices of appearance on the docket in a prompt manner.

IT IS FURTHER ORDERED that given the complexities and delays associated with the COVID-19 pandemic, the Court finds that the ends of justice in accommodating those delays outweigh the Defendants' and the public's interests in a speedy trial, and that exclusion of time between now and the dates of the status conferences is warranted pursuant to 18 U.S.C. § 3161(h)(7).

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may attend in person or remotely, by dialing 1-888-363-4749, using the access code 3121171 and the security code 0603.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Dated: October 20, 2021**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.