USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2021

Case 1:21-cr-00603-VEC   Document 135   Filed 11/10/21   Page 1 of 1

**MEMO ENDORSED**

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

November 9, 2021

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Terrence Williams
      21 Cr. 603 (VEC)

Dear Judge Caproni:

I represent Terrence Williams, the defendant in the above-referenced matter. This letter is respectfully submitted to request that the deadline for Mr. Williams to secure three co-signers for his $350,000 personal recognizance bond be extended to November 16, 2021. The original deadline was November 5, 2021. However, additional time is needed to obtain and finalize the required information from the proposed co-signers. The government, by AUSA Kristy Greenberg, consents to this request.

The Court's time and attention to this matter is appreciated.

Respectfully submitted,
/s/
David Stern

cc:   AUSA Kristy Greenberg (by ECF)

---

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: November 10, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE