USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2021

Case 1:21-cr-00603-VEC   Document 145   Filed 11/16/21   Page 1 of 1

**MEMO ENDORSED**

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman<br>Jeremy Schneider<br>Robert A. Soloway<br>David Stern<br><br>Rachel Perillo | Tel: (212) 571-5500<br>Fax: (212) 571-5500 |

November 16, 2021

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: United States v. Terrence Williams
     21 Cr. 603 (VEC)

Dear Judge Caproni:

  I represent Terrence Williams, the defendant in the above-referenced matter. This letter is respectfully submitted with the consent of the government to request that the deadline for Mr. Williams to secure three co-signers for his $350,000 personal recognizance bond be extended by one more week to November 23, 2021. The Court previously extended the deadline from November 5, 2021 to November 16. (*See* ECF No. 135) As of today, Mr. Williams has secured three proposed co-signers. They are in the process of being interviewed by the government, but may need to provide additional information prior to being approved. For this reason, we seek an additional week to finalize the approval of the proposed co-signers.

  The Court's time and attention to this matter is appreciated.

Respectfully submitted,
/s/
David Stern

---

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]* Date: November 16, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE