ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---:|
| **Franklin A. Rothman** | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ———— | |
| Rachel Perillo | |

November 22, 2021

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: United States v. Terrence Williams
     <u>21 Cr. 603 (VEC)</u>

Dear Judge Caproni:

  I represent Terrence Williams, the defendant in the above-referenced matter. This letter is respectfully submitted with the consent of the government to request that the deadline for Mr. Williams to secure three co-signers for his $350,000 personal recognizance bond be extended from November 23, 2021 to December 1, 2021. The Court previously granted two extensions to allow more time for the proposed co-signers to be interviewed and approved. At this time, the government has approved two co-signers, and we expect that a third co-signer will be approved by early next week. For this reason, we seek an extension to December 1. The government, by AUSA Kristy Greenberg, consents to this request.

  The Court's time and attention to this matter is appreciated.

Respectfully submitted,
/s/
David Stern
