USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
: 
UNITED STATES OF AMERICA :
:
-against- : 21-CR-603 (VEC)
:
: <u>ORDER</u>
TERRENCE WILLIAMS, et al., :
                             Defendants. :
:
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 11, 2021, the Court appointed Emma Greenwood as the Coordinating Discovery Attorney ("CDA") in this matter, Dkt. 134;

      WHEREAS the CDA is required to provide monthly *ex parte* status reports depicting the status of her work, *id.* at 3; and

      WHEREAS on February 10, 2022, the CDA filed the February *ex parte* status report with the Court.

      IT IS HEREBY ORDERED that by no later than **Friday, February 18, 2022**, the Government must provide a status report to the Court indicating the estimated timeline to complete global productions and the anticipated volume of those productions.

**SO ORDERED.**

                                                             _____

**Date: February 11, 2022**                                **VALERIE CAPRONI**
       **New York, NY**                                     **United States District Judge**