MEMO ENDORSED

---

Case 1:21-cr-00603-VEC   Document 230   Filed 04/28/22   Page 1 of 2

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/28/2022



# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

**Franklin A. Rothman**  
**Jeremy Schneider**  
**Robert A. Soloway**  
**David Stern**  
———————  
**Rachel Perillo**

Tel: (212) 571-5500  
Fax: (212) 571-5500

April 28, 2022

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Terrence Williams
              21 Cr. 603 (VEC)

Dear Judge Caproni:

     I represent Terrence Williams, the defendant in the above-referenced matter, having been appointed pursuant to the Criminal Justice Act. This letter is respectfully submitted to request that your Honor authorize the appointment of my associate, Rachel Perillo, Esq., as associate counsel in this matter to assist me in the review of discovery.

     Ms. Perillo is a 2014 New York Law School graduate and is admitted to practice before this Court. She regularly assists me and other partners in my law office in CJA cases and has been assigned as associate counsel in criminal matters in the Southern and Eastern Districts of New York. It is expected that her assistance will be needed in Mr. Williams' case given the voluminous discovery, which includes hundreds of thousands of pages of documents, including but not limited to, search warrant returns, pen register returns, subpoena returns from financial institutions, phone companies, email service providers, social media, health care providers and other sources. (*See* ECF Doc. 212)

     If the Court grants this application, it is requested that Ms. Perillo be approved at the CJA rate of $115.00 per hour for a period of 100 hours. Should additional hours be sought, an application will be submitted to the Court seeking approval.

     The Court's time and attention to this matter is appreciated.

                                            Respectfully submitted,
                                                      /s/
                                                      David Stern

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*   Date: April 28, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE