**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/29/2022

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman                                          Tel: (212) 571-5500
Jeremy Schneider                                             Fax: (212) 571-5500
Robert A. Soloway
David Stern
_____
Rachel Perillo

April 29, 2022

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:  United States v. Terrence Williams
      21 Cr. 603 (VEC)

Dear Judge Caproni:

  I represent Terrence Williams, the defendant in the above-referenced matter, having been appointed pursuant to the Criminal Justice Act. This letter is respectfully submitted to request that my associate, Rachel Perillo, whom the Court recently assigned as associate counsel in this matter (ECF Dkt. 230) be permitted to appear in my place at Mr. Williams' arraignment on the Third Superseding Indictment, which is scheduled to occur via videoconference on May 9, 2022. I am unable to appear at the arraignment because I will be engaged in trial in the matter of *United States v. Mirsad Kandic*, 17 Cr. 449 (NGG) before Hon. Nicholas Garaufis in the Eastern District of New York. Mr. Williams has no objection to my associate standing in for me under these circumstances.

  If the Court has any questions regarding this application please do not hesitate to contact me. The Court's time and attention to this matter is appreciated.

Respectfully submitted,
/s/
David Stern

Application GRANTED.

The Court reminds counsel that if Mr. Williams would like to appear at his arraignment via video and not in person, his waiver of in person appearance is due no later than Wednesday, May 4, 2022. *See* Order, Dkt. 226.

SO ORDERED.

Date: April 29, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE