USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/02/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
UNITED STATES OF AMERICA                   :
:
-against-                    :         21-CR-603 (VEC)
:
:              ORDER
TERRENCE WILLIAMS,                        :
                     Defendant.    :
:
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Government has submitted an *ex parte* request that the Court review Mr. Williams' bail.

IT IS HEREBY ORDERED that a hearing on Mr. Williams' bail is scheduled for **Friday, May 6, 2022 at 1:30 P.M.** The hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that the Government must disclose an unredacted version of the letter to Defense counsel, attorneys' eyes only, by no later than **Friday, May 6, 2022 at 9:00 A.M.** The Government must provide Mr. Williams with a redacted version of the letter at the hearing.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date:  May 2, 2022**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**