USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/02/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                              :
:
            -against-                                    :      21-CR-603 (VEC)
:
:      ORDER
TERRENCE WILLIAMS,                                    :
                      Defendant.    :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 25, 2022, the Grand Jury returned a superseding indictment (S3) in this case;

       WHEREAS a hearing on Mr. Williams' bail is scheduled for Friday, May 6, 2022 at 1:30 P.M., Dkt. 234; and

       WHEREAS on April 28, 2022, the Court approved the appointment of Rachel Perillo as associate counsel, Dkt. 230.

       IT IS HEREBY ORDERED that the Court will arraign Mr. Williams on the Superseding Indictment (S3) and hold the hearing on Mr. Williams' bail on **Friday, May 6, 2022 at 1:30 P.M.** The hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

       IT IS FURTHER ORDERED that by no later than **Wednesday, May 4, 2022**, Ms. Perillo must file a notice of appearance in this case.

       IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be

permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date:  May 2, 2022**
      **New York, NY**

                **VALERIE CAPRONI**
                **United States District Judge**