**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/02/2022

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

———

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

May 2, 2022

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:   United States v. Terrence Williams
         21 Cr. 603 (VEC)

Dear Judge Caproni:

   I represent Terrence Williams, the defendant in the above-referenced matter, having been appointed pursuant to the Criminal Justice Act. This letter is respectfully submitted in response to the Court's Order issued today directing that Mr. Williams appear for an in-person bond hearing on Friday, May 6, 2022 at 1:30 p.m.

   Mr. Williams is an indigent defendant who is currently on pretrial release in Seattle, Washington. He does not have the financial ability to pay for travel from Seattle to New York City on such short notice. I therefore write to respectfully request that the Court authorize funds to allow Mr. Williams to travel to New York and stay at a hotel the night before his appearance. This is necessary because it is unlikely that there will be a morning flight available on May 6 that will get him from Seattle to New York in time for his appearance. In the alternative, it is respectfully requested that Mr. Williams be permitted to appear by telephone or video.

   If the Court has any questions regarding this application please do not hesitate to contact me.

                                          Respectfully submitted,
                                                 /s/
                                          David Stern

Application GRANTED. Mr. Williams is scheduled to appear for an arraignment and bail hearing on Friday, May 6, 2022 at 1:30 P.M., before the Undersigned in Courtroom 443 of the of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interest of justice, it is hereby ORDERED that the United States Marshals Service ("USMS") furnish Terrence Williams with funds to cover the cost of round trip airfare from Seattle, Washington to New York, New York on Thursday, May 5, 2022. USMS is further directed to furnish Mr. Williams with funds to cover accommodations for the evening of Thursday, May 5, 2022. The above expenses shall be paid by the USMS. Defense counsel must coordinate the arrangements with USMS.

SO ORDERED.

*[Signature: Valerie Caproni]*   Date: May 2, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE