USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA           :

                                      :          21 cr. 603 (VEC)

    - v. -                          :

                                        :            ORDER

TERRENCE WILLIAMS,             :

                                        :

                         Defendant.     :
------------------------------------------------------------------------X

**VALERIE CAPRONI**, United States District Judge:

       IT IS HEREBY ORDERED that the defendant is REMANDED to the custody

of the United States Marshal.


       SO ORDERED:

Dated:       New York, New York
              May 6, 2022


_____
      VALERIE CAPRONI
    United States District Judge