USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA  :
  :
   -against-  :  21-CR-603 (VEC)
  :
  :  ORDER
TERRENCE WILLIAMS,  :
  :
                 Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 11, 2022, the parties requested that the Court schedule a change-of-plea hearing.

    IT IS HEREBY ORDERED that a change-of-plea hearing will be held on **Friday, August 26, at 11:00 A.M.** The change-of-plea proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  August 11, 2022
         New York, NY

                                             **VALERIE CAPRONI**
                                             **United States District Judge**