USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :          21-CR-603 (VEC)
                                    :
                                    :          ORDER
TERRENCE WILLIAMS,                  :
                                    :
                        Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 26, 2022, the parties appeared for a change of plea hearing; and

WHEREAS Mr. Williams entered a plea of guilty to Count One and Count Two of the Superseding Indictment (S3), which was accepted by the Court.

IT IS HEREBY ORDERED that Mr. Williams will be sentenced on **Wednesday, January 25, 2023, at 2:30 P.M.**  Pre-sentencing submissions are due no later than **Wednesday, January 11, 2023**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  August 26, 2022
       New York, NY

                                                   _____
                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**