

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/28/2022
```

**MEMO ENDORSED**

**BY ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Williams,* S3 21 Cr. 603 (VEC)

Dear Judge Caproni:

      The Government writes to respectfully request that the deadline for the Government's response to defendant Terrence Williams's bail application be adjourned from today to Friday, September 30, 2022. The bail modification hearing is currently scheduled for October 4, 2022. The requested adjournment will allow the Government additional time to work with the Bureau of Prisons to better understand the treatment options available to Williams while in BOP custody, which informs the Government's position on the defendant's motion. The Government has communicated with counsel for the defendant, who consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     /s/
Ryan B. Finkel
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-6612/2486

---

Application GRANTED.

SO ORDERED.

*[signature]* 09/28/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

    cc:    David Stern, Esq. (by ECF)