

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022
```

**MEMO ENDORSED**

**BY ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *United States v. Williams*, S3 21 Cr. 603 (VEC)

Dear Judge Caproni:

      On November 4, 2022, the Government filed letter responses to Terrence Williams's (the "defendant") motion for pre-sentencing release. (*See* Dkt. 638.) That filing contained medical records concerning the BOP's treatment of the defendant's medical issues, which were submitted to the Court via email and marked as Exhibits A and B. The Government understands that the defendant seeks to keep his medical information confidential, which the Government does not oppose. Accordingly, the Government respectfully requests that the Court permit the Government to file Exhibit A and B to its November 4, 2022 letters under seal.

      The Government is available to address any questions the Court may have.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     /s/
      Ryan B. Finkel
      Daniel G. Nessim
      Assistant United States Attorneys
      (212) 637-6612/2486

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*
11/10/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc:    All counsel (by ECF)