```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :        21-CR-603 (VEC)
                                    :
                                    :        ORDER
TERRENCE WILLIAMS,                  :
                                    :
                      Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 1, 2022, the Defendant filed a motion seeking a bail hearing and release from custody, *see* Dkt. 636; and

WHEREAS on November 7, 2022, the parties appeared before the Court for a bail hearing.

IT IS HEREBY ORDERED that the motion is DENIED for the reasons stated at the hearing. The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. 636.

**SO ORDERED.**

Date: **November 10, 2022**
      **New York, NY**

                                          _____
                                          **VALERIE CAPRONI**
                                          **United States District Judge**