USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/2022

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
———————
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

**MEMO ENDORSED**

December 15, 2022

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Terrence Williams
             21 Cr. 603 (VEC)

Dear Judge Caproni:

    I represent Terrence Williams, the defendant in the above-referenced matter. Mr. Williams is scheduled to be sentenced on April 4, 2023. The current deadline for final disclosure of the Presentence Report ("PSR") is December 19. Due to my ongoing trial obligations in the matter of *United States v. Sayfullo Saipov*, 17 Cr. 722 (VSB), counsel previously requested an extension to December 1 to submit Mr. Williams' PSR objections, which the Court granted. *See* Dkt. 617. However, more time is needed to complete our objections. Accordingly, without objection from the government, by AUSA Ryan Finkel, and Probation Officer Christopher Paragano, I respectfully request a second extension that would permit Mr. Williams to submit PSR objections to Probation by January 13, 2023, as well as a corresponding adjournment of the deadline for final disclosure of the PSR.

    If the Court has any questions regarding this application please do not hesitate to contact me.

                                   Respectfully submitted,
                                   /s/
                                 David Stern

cc:    AUSA Ryan Finkel, AUSA Daniel Nessim (by ECF)
       USPO Christopher Paragano (by Email)

---

Application GRANTED.

SO ORDERED.

*[signature]*
12/15/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE