USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/20/2023

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
_____
Rachel Perillo

**MEMO ENDORSED**

Tel: (212) 571-5500
Fax: (212) 571-5507

March 20, 2023

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Terrence Williams
                21 Cr. 603 (VEC)

Dear Judge Caproni:

      I represent Terrence Williams, the defendant in the above-referenced matter. Mr. Williams is scheduled to be sentenced on April 4, 2023, with the parties' sentencing submissions due to the Court by March 21, 2023. I write without objection from the government, by AUSA Ryan Finkel, to respectfully request a sixty-day adjournment of sentencing as well as a corresponding extension of time to file sentencing submissions.

      An adjournment is needed due to my recent obligations in the matter of *United States v. Sayfullo Saipov*, 17 Cr. 722 (VSB), a capital terrorism case which concluded on March 13, 2023 after five months of trial. In October 2022, I requested to adjourn Mr. Williams' sentence to the spring of 2023 due to my involvement in the *Saipov* case, which, at the time, was expected to conclude in February. (ECF Dkt. 613). The Court granted the request, adjourning this matter to April 4, 2023. (ECF Dkt. 617). However, because the *Saipov* trial continued longer than expected, more time is needed to efficiently prepare Mr. Williams' sentencing submission. I believe that an adjournment of sixty days should provide adequate time to do so.

      If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
David Stern

cc: AUSA Ryan Finkel, AUSA Daniel Nessim (by ECF)

---

Application GRANTED. Mr. Williams will be sentenced on **Thursday, June 8, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007; the parties' sentencing submissions are due on **May 25, 2023**.

SO ORDERED.

*[signature: Valerie Caproni]*

03/20/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE