# EXHIBIT A

I have known Terrence for over 10+ years, before we began our relationship. He has always been someone that friends and family could depend on. Coming from humble beginnings, making it to the NBA gave him the ability to provide for his family, not just his children, but his mother and siblings. Even though his schedule had him traveling quite a bit, he always made time for his children. Giving them quality time any chance he got. Playing sports together, video games, talks about life, trips to Disneyland - creating memories with them to last a lifetime.

When Terrence had his daughter, it drastically changed his life. It was one thing to have boys to look after but adding a girl into the mix brought out a softer side. He was hands on from day one – moving her to Seattle so he could care and provide for her – even being a single dad which is something often most do not see occur. He built an incredible bond with his daughter and his absence if greatly felt by her. She slept next to him every night, often ending up right underneath his arm, laying on his chest, he wouldn't have it any other way.

Terrence and I share a one-year-old son together. The impact he has made on his life is evident each and every day. Although he has not seen his father in almost a year (making our son only 8 months old since he last saw him), he has mannerisms, and characteristics of his father. He loves to dance and sing, does things when he feels like it, and loves to snuggle and cuddle. He recognizes his voice on the phone and lights up every time, saying dad and da-da. I often find him walking around on his toy phone, having conversations with his dad. He looks at his pictures on his wall of them together, and points and says da-da, and blows him kisses before going to bed. We hope that their time apart isn't much longer so that they can continue to build upon their bond and Terrence can teach him all the things a father should. The things he wished were taught to him when he was younger that would have equipped him to have integrity, be smart, and make good decisions.

During this time a part, Terrence and I have discussed our future together at length. We've read books together that have motivated him on how he wants to live life outside of prison. One book in particular, "Black Privilege" by Lenard McKelvey, is one that resonated with him the most. Lenard speaks in detail about core values he instilled in his children and how he navigated through life of selling drugs to becoming a successful businessman. On many occasions Terrence would tell me "I wish I was taught that when I was younger…I can't wait to teach our kids this". We've been able to create goals about how we want to live our life, raise our kids, and how he will learn from his wrongdoings and make things right. How he will transition back into society and be a role model for his kids and community.  I'm excited to see it come to fruition and be along is his side to help him along the way.

Paris Ramsey, girlfriend and life partner.

To whom it may concern,

My name is Deshire Turner, and I am honored to write a reference letter for my brother Terrence Williams.

Terrence is only A year in a half older than me, but in terms of the influence he's had on my life he might as well have been my father. In addition to raising his own family and being a good partner, son and brother, Terrence has always found time to get involved in life around him. I've watched how his nephew (my child) and him have formed the healthy bond that nephews and uncles should form. Terrence has always been an essential part of my son's life by providing guidance and support of that of a good father figure. In fact, Terrence has never missed any monumental events in my son's life no matter what he may have been going through. As for my son, He looks up to Terrence a whole lot and honestly, I hate to see one without the other.

Although it seems hard to believe or even understand, Terrence is a good person and has always had morality in his actions. Certainly, he has made some mistakes, of which I am convinced he is apologetic for committing. We have had conversations about him preparing to repair all the financial and emotional damages that his actions may have caused those around him. He just had a baby boy, that we are eager for him to make up lost time with. But this will only be possible if the justice system allows some leniency in his sentencing. I know the power of the decision you have, and I hope you can make a wise disposition.

Thank you,

Deshire T

Robert Delgardo

Seattle, WA 98178

March 7, 2023

Re: Terrence Williams

To Whom and May Concern,

I am proud to speak on behalf of Terrence Williams, a young man that I have known for several years. A young man that Is very intelligent, respectable, responsible, and sometimes misunderstood. I am not writing this letter to be impressive, but to be expressive about a young man that made a mistake that he admits too and by the way I also had the opportunity to coach him and his son in High School (Rainier Beach High School).

This mistake does not define him as the person I know. He has always been a leader around his peers and he has never seemed like a kid out of control or bigger than what he ought to be around me. He has always been respectful and honest with me. I promise you that he will never be in a position like this again. Life is not always fair, people sometimes want to judge the person by the fruit of the problem instead of getting to root of the problem.

I know that he is very sorry for what he did, as his former coach in High School, I am completely in his corner to support him in every way possible to ensure that he will be a much better man going forward. I hope that the court will allow him another chance to make things right for himself, his family and is community.

Sincerely,

*Robert Delgardo*

Robert Delgardo



**BOYS & GIRLS CLUBS**
OF KING COUNTY
ROTARY BRANCH

April 18, 2023

      **Re:    Terrance Williams**

Dear Court Official:

My name is Daryll Hennings. Senior Athletic Director at Rotary Boys and Girls Club and Director of the Seattle Rotary Select Basketball Program. Please accept this letter as a positive character reference for Mr. Terrance Williams.

Through my occupation and volunteer efforts of twenty plus years in the Seattle area, I've had the honor and pleasure of working with our area's youth. During this time, I have been fortunate to encounter a handful of kids that have stood out from the rest in regards to personal character, self-discipline, talent and just being a good person. Terrance Williams is one of the individuals that I would categorize as such. I've known Terrance since he was a young kid. Though he was a little rough around the edges, Terrance was always held in high regard by his peers and the adults he encountered. He was well liked and the community wrapped its arms around him, in an attempt to assure that his talents wouldn't go unseen. And they did not. Long story short, he's made our community very proud by attending college and becoming someone the kids in this region look up to.

Terrance has evolved into a great father and someone who cares about his community. He comes from a family which has instilled in him quality morals and values and has proven to be a responsible and giving young man. I'm not clear on the situation that has landed Mr. Williams in the predicament he is currently in and needless to say, I am extremely disappointed. However, I deem it very important to make sure it is known that the poor judgment demonstrated by Terrance is the exception, rather than the rule for how this young man lives his life. I truly believe the predicament he has saddled himself with is that of a quality young man having a slight slip in judgment. My hope is that the Court system can show some leniency toward a good person who is trying to learn his way through life and sounds as though he may have simply made a mistake.

I thank you in advance for your honest consideration and should you have any questions or concerns, please feel free to contact me via telephone at (206) 399-4747 or via email at dhennings@positiveplace.org.

Best regards,

*Daryll Hennings*

Daryll Hennings
 Sr. Athletic Director

[Type here]

**To whom it may concern:**

**This is a letter of support for Terrence Williams during these tough times. Terrence lived with me during High School here in Seattle. I was his Guardian and was there during his time at the University of Louisville. I know Terrence and he is one of the kindest young men I have had the pleasure to work with and have been a <u>part of my life.</u> In 36 years in education I have watched him help many kids and adults during his rise in the NBA and even during high school and college when he had nothing.**

**Most of the money he made went to helping others and he had no one help him during this time. <u>His Agents at that time isolated him and cut him off from everyone and left him after they could make no more money from him.</u>**

**I believe that the choices he made were due to this isolation and mental stress that this young man went through during his fall from grace. This doesn't excuse him but please don't destroy his life and cut him a break as I believe he has learned from this and will be a amazing part of society if given a second chance.**


**If you have any questions please don't hesitate to contact me.**

[dgjurdy@seattleschools.org](mailto:dgjurdy@seattleschools.org)   **206 226-3850**

**Daniel Jurdy**
**Former Head Counselor at Rainier Beach High School**
**Current Athletic Director Cleveland High School**
**Seattle**

March 8, 2023

To Whom It May Concern | Federal Court Judge:

Terrance has been my client for over 5 years. I have seen him be a dedicated, fun, and loving father in the most intimate way while photographing his family. I have seen how his children's eyes light up when he enters a room. I've witnessed how much they laugh and connect when they interact with each other. Terrance is always loving on his children and protecting them. Many children aren't fortunate enough to have an active dad in their life. Terrance takes pride in being hands on with his children.

Terrance is the glue that holds his family together. He is the emotional support system for many of his friends. Your honor, your leniency would make a huge difference in his friends & family's lives.

Thank you,
Erica Daniels

To whom it may concern:

   I am writing this letter on behalf of myself and our son Tristan Williams. Terrence Williams is the father of our 8 year old son, who would love to be able to grow and maintain a relationship with his father Terrence. Terrence is an exceptional role model and father to all his children and I would love if he's able to come home and continue to be fully present in their lives. I am sure he's learned his lessons from previous behaviors/actions and in turn, will be a better person to his community. I've had the honor of knowing Terrence for over 10 years and I can say whole heartedly, that he is kind, caring, patient, compassionate and a genuine person. He loves his children to death and him being incarcerated is only hurting the kids more. They need their father! I believe that the time he has served has been an eye opening experience and a lot of reflection, to get him on the right path when he gets out. I am asking on behalf of my son, his siblings and myself, to please not give him a long prison sentence because he truly does not deserve that.

Angela Benson

Ladybugs Childcare/Academy

y

Tracey A. Delgardo

Seattle, WA 98178

March 9, 2023

Re: Terrence Williams

To: Whom and May Concern,

I have known Terrence Williams for many years and have watched him grow into the man he is today. He has always been a fun and loving young man amongst his peers. He is a father and family man that deserves a second chance to prove to himself, his children, and his family that he can be the man that God has created him to be. I truly believe that he has learned from this mistake in judgement. A second chance will allow him to regain his dignity and allow him to be a contributing member to society and his community.

Terrence has the capabilities to take his lived experiences good and bad to mentor black boys and youth by providing them with real conversation on being intentional about the choices they make, and how one bad choice can change their lives forever.

Sincerely,

*Tracey A. Delgardo*

Tracey A. Delgardo

# Paulette Cranshaw



Fircrest WA, 98466
253-988-7078
paulettecranshaw@gmail.com

March 12, 2023

Your Honor,

I would like to submit the following statement on behalf of Terrance Williams.

I was introduced to Terrance in January of 2021. We connected immediately, since he is a very kind hearted, respectful person. Through hours of conversation, I realize he viewed me as a mother figure in his life and for me calling him "son", felt so natural. In conversations, he shared how much his children meant to him and the ups and downs of being previously being in their lives. He had finally gotten to a place where he could be the outstanding father to his older sons as well as his younger children.

I first-hand saw his interactions with his children, and was really impressed with the love he showed of parenting. His children adore him as if he is always the only person in the room. They have missed him so much during his current time away and it's been difficult for them to understand, left alone comprehend. He is their world, provider and loving father.

My prayer with the time he has already served, that he is provided as much leniency as possibly to return to his loving family, his children that need him the most in their lives.

I know Terrance is remorseful for the actions that he may have taken. He has already asked God to forgive him which matters the most.  However, I of you to consider the most leniency be granted on his behalf.

Warm regards,
Paulette Cranshaw



Since I've known Terrence, he has been a wonderful family man and father. Before my nephew was born, the way he took care of his daughter and other children when they were in town was great. His daughter is definitely a daddy's girl, always following behind him everywhere he went. The relationship was so cute to witness. If he wasn't at home for too long, we would have to call him so she could see where he was and when he would be back. She always had to keep track of him, daddy could never be gone too long. When my nephew was born, he was the same way. He was very attentive and did night time duties so my sister could sleep. He is missed so much. My nephew points ant his picture every night and says dada. We cannot wait for him to return home so their family can be together.

Plishette Douglas, sister in law

I am the big sister to Paris Ramsey the mother of Terrance's youngest son Ezekiel. I have known him for two years and what I've seen he is a doting father to his kids.  When I visited it was always about his kids and family. With him being gone it has made a tremendous impact with him being the great father that he is to his children.


Thank you for your time,

Plishica Douglas

To whom This May Concern,

I hope this letter finds you in good health and high spirits. I am writing to express my sincere admiration and utmost respect for my dear friend, Terrence Williams, and to shed light on the remarkable character he possesses. Is he perfect? No way. Who is? Is he loving at heart and mature in his ways, no question about it.

Having known Terrence for 25 years now, I have had the privilege of witnessing his work ethic as well as his approach to life challenges and choices firsthand. In all aspects of life, Terrence consistently demonstrates exceptional integrity, kindness, and compassion. It is evident in my life that his actions stem from a genuine and generous heart. If I am being honest, he was dealt a tough hand from birth. Losing his father at around 7 years old and his mother later in life. It all took a toll on Terrence but he found a way to find a way every day to keep pressing forward as best he could.

One of Terrence's most admirable qualities is his unwavering commitment to battling through adversity and inspiring those around them to emulate his example.

Furthermore, Terrence has an innate ability to empathize with others, showing a deep understanding and genuine concern for their well-being. He possesses an uncanny knack for uplifting those in need, offering support, and providing a listening ear when it matters most. Through their empathy, they create a warm and inclusive environment that fosters trust and nurtures relationships. I am speaking from experience as he has been that to me several times.

I have personally witnessed Terrence's acts of kindness and selflessness, both big and small. From volunteering his time in our early years of friendship, for community service projects to offering a helping hand to friends and strangers alike. His actions speak louder than words. His genuine care and consideration for others makes him an invaluable asset to any community.

In summary, Terrence has some things I would imagine he wants to redo on.
I wholeheartedly recommend Terrence for any opportunity that values integrity, compassion, and a strong moral compass. His outstanding character will undoubtedly contribute to the success and positive environment of any endeavor they embark upon. Please feel free to reach out to me if you require any further information or have any specific inquiries. Thank you for considering my heartfelt thoughts of Terrence Williams

With warm regards,
Romell Witherspoon