```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA      :

           -against-                     :    21-CR-603 (VEC)

                                    :    <u>ORDER</u>

    TERRENCE WILLIAMS,            :

                  Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the sentencing hearing in this matter is currently scheduled for July 24, 2023, at 2:30 P.M.; and

       WHEREAS this time is no longer convenient for the Court.

       IT IS HEREBY ORDERED that the sentencing hearing in this matter is ADJOURNED to **Thursday, August 3, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  July 11, 2023
         New York, NY

                                                   **VALERIE CAPRONI**
                                                 **United States District Judge**