USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                           :
                                                   :
        -against-                                  :        21-CR-603 (VEC)
                                                   :
                                                   :        ORDER
TERRENCE WILLIAMS,                                 :
                                                   :
                            Defendant.             :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Williams is scheduled to sentenced on Thursday, August 3, at 11:00 A.M.; and

WHEREAS on July 11, 2023, the Government submitted a sentencing letter enclosing photos of several firearms, with the magazines removed, that the FBI found at Mr. Williams's home at the time of his arrest, Dkt. 990 at 9–10.

IT IS HEREBY ORDERED that, by no later than **5:00 P.M. on July 31, 2023**, the Government must file a letter on ECF stating whether the guns were found with the magazines removed, as depicted in the photograph, or with the magazines in the guns.

**SO ORDERED.**

**Date: July 30, 2023**                                    _____
**    New York, NY**                                       **VALERIE CAPRONI**
                                                           **United States District Judge**