U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 31, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/31/2023

**BY ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 443
New York, NY 10007

Re:  *United States v. Williams,* S3 21 Cr. 603 (VEC)

Dear Judge Caproni:

The Government writes in response to the Court's July 30, 2023, order. The Government has contacted the acting supervisor of the FBI's Seattle-based SWAT team to confirm whether Williams's weapons were loaded at the time of entry. The SWAT team is reviewing their files to answer the Court's inquiry. The Government requests permission to provide the Court additional information by no later than August 2 at 12:00 p.m. However, the Government will endeavor to provide the information sooner, if possible.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/_____
Ryan B. Finkel
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-6612/2486

Application GRANTED.

SO ORDERED.

*[signature]*
07/31/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE