UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA              :
                                      :
            -against-                 :       21-CR-603 (VEC)
                                      :
TERRENCE WILLIAMS,                    :       ORDER
                                      :
                    Defendant.        :
                                      :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

   WHEREAS the Government has orally informed Chambers that, due to system outages, it cannot yet file a written response to the Court's order dated July 17, 2024, but that it is expected that the Defendant will be transferred back to his designated facility in the near future;

   IT IS HEREBY ORDERED that counsel for Mr. Williams must provide an update on Mr. Williams's health condition by **Wednesday, July 31, 2024**, if Mr. Williams has not been returned to FCI Sheridan by that date.

**SO ORDERED.**

**Dated: July 19, 2024**
   **New York, NY**                          _____
                                             **VALERIE CAPRONI**
                                             **United States District Judge**

1